■ ROBERT SINGLETARY et al., Appellants, v. WILLIAM E. SPELL, Respondent.— Appeal from an order of the Supreme Court, Kings County, dated April 4, 1968, which denied plaintiffs' motion, *inter alia,* to reinstate their statement of readiness. Order modified, on the law and the facts, by adding the following to the decretal paragraph thereof: "except that the motion is granted to the extent of reinstating plaintiffs' statement of readiness." As so modified, order affirmed, with $10 costs and disbursements to appellants. It is uncontradicted that plaintiffs filed the statement of readiness prematurely, but thereafter, and prior to the return date of the previous motion by defendant to strike the statement of readiness, plaintiffs completed the pretrial prerequisites by serving defendant with the appropriate documents. Consequently, it was an improvident exercise of discretion not to reinstate the statement of readiness. Christ, Acting P. J., Brennan, Rabin, Hopkins and Kleinfeld, JJ., concur.

### (March 11, 1969)

■ In the Matter of the Appointment of CHARLES E. LAPP, JR., as a Member of the Committees on Character and Fitness of Applicants for Admission to the Bar in the Second, Tenth and Eleventh Judicial Districts.— Pursuant to the provisions of law (N. Y. Const., art. VI, § 2; Judiciary Law, § 90; CPLR 9401), CHARLES E. LAPP, JR., Esq., a practicing lawyer and resident of the County of Nassau, is hereby appointed, effective March 11, 1969 (in place of Roy M. D. Richardson, deceased), as a member of the Committees on Character and Fitness for the Second, Tenth and Eleventh Judicial Districts, to investigate the character and fitness of applicants in said districts for admission to practice as attorneys and counselors at law in the courts of this State. Beldock, P. J., Christ, Brennan, Rabin, Hopkins, Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.